UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>**DARRYL GASKINS**<br><br>   Defendant. | Criminal Action No. **07-200** |

**ORDER**

By consent, the above-captioned shall be transferred to Judge Emmet Sullivan. Trial has been set for October 31, 2007.

Accordingly, it is this 13ᵗʰ day of September, 2007,

**ORDERED** that the above-captioned case shall be transferred to Judge Emmet Sullivan, and the case has been scheduled for the following matters in Courtroom 24A:

1.   **Status Hearing** - *Thursday, September 20, 2007, at 12:00 noon*;

2.   **Motions Hearing** - *Tuesday, October 30, 2007, at 10:00 a.m.*;

3.   **Trial** - to begin on *Wednesday, October 31, 2007, at 9:00 a.m.*; and it is

**FURTHER ORDERED** that the Status Hearing previously scheduled before Judge Kollar-Kotelly on October 2, 2007, is hereby vacated.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Judge Emmet Sullivan
Michelle Peterson, AFPD
Edward O'Connell, AUSA
U.S. Probation Office
Pretrial Services