CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-200 (EGS) |
| | ) | |
| DARRYL GASKINS | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on September 17, 2007 from Judge Colleen Kollar-Kotelly to Judge Emmet G. Sullivan by direction of the Calendar Committee.

(Judge Sullivan has consented to transfer of this case)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
   Judge Kollar-Kotelly & Courtroom Deputy
   Liaison, Calendar and Case Management Committee
   Criminal Case Processing Clerk
   U.S. Attorney—Judiciary Square Building, Room 5133
   Statistical Clerk