UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> Darryl Gastins ) <br>         Defendant. ) <br> ) | Criminal No. 07-200 (EGS) <br><br> **FILED** <br> SEP 2 0 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house _Darryl Gastins_ _____ at Central Treatment Facility until further Order of this Court.

_9/20/07_
DATE

_[signature]_
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE