IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| V.   ) | CRIM. NO. 07-200 (EGS) |
| ) | |
| DARYL GASKINS,   ) | |
| ) | |
| Defendant.   ) | |

## MOTION TO COMPEL DISCOVERY

Mr. Gaskins, through undersigned counsel, respectfully moves this Honorable Court to compel the government to disclose information relevant to the defense pursuant to Rule 16(a)(1)(E). On July 19, 2007, members of the Metropolitan Police Department executed a search warrant dated that same day, for the premises located at 1635 18th Street #203, S.E., Washington, D.C. According to the affidavit in support of the search warrant, a confidential source or special employee was used to make an undercover purchase from that apartment. The defense moves the Court to order the government to make available for inspection the narcotics purchased, the money used, and any paperwork documenting the alleged transaction.

The quantity of narcotics purchased and its packaging is relevant not only to the defense at trial, but also to the motion to suppress that the defendant is filing this same day. The government was asked to produce the discovery and declined to do so because the government does not intend to use the evidence at trial. However, Rule 16(a)(1)(E) requires the government to disclose objects within the government's possession, custody or control that are *either* material to preparing the defense or obtained from the defendant, without regard to whether the

government intends to use the items. In this case, as discussed in the Motion to Suppress filed this same date, the evidence is material to the preparation of a defense. Additionally, the government alleges that the evidence was seized from Mr. Gaskins. Thus, the evidence sought is clearly subject to disclosure under Rule 16(a)(1)(E).

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER


    _____/s/_____
    MICHELLE PETERSON
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, DC  20004
    (202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CRIM. NO. 07-200 (EGS)** |
| ) | |
| **DARYL GASKINS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of defendant's motion to compel, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Michelle
AUSA Jelahn Stewart