**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 07-200 (EGS)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DARRYL GASKINS,** | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, and Assistant United States Attorney Louis Ramos, hereby informs the Court

that he is entering his appearance in this matter on behalf of the United States.


Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____
LOUIS RAMOS
Assistant United States Attorney
Federal Major Crimes, Bar No.
555 4th Street, NW,  Room **4243**
Washington, DC 20530
202-305-2195