IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 07-200 (EGS) |
| ) | |
| DARYL GASKINS, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL AND TO CONVERT MOTIONS HEARING DATE INTO A STAUTUS CONFERENCE**

Mr. Gaskins, through undersigned counsel, respectfully requests that this Honorable Court vacate his trial date, currently scheduled to begin on October 31, 2007, and convert the motions hearing date of October 30, 2007 to a status conference. The government does not oppose this motion. As grounds for this motion, counsel notes that although we have made efforts to locate two critical witnesses, we have been unable to do so to date. Our efforts have been hampered in part by the fact that counsel's investigator has been on grand jury duty for most of the month of October. Additionally, the government has recently extended a plea offer to Mr. Gaskins which he wants time to consider, and counsel needs to get medical records which may be useful in plea negotiations. As noted above, the government has indicated that it does not

oppose this motion.

                              Respectfully submitted,

                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____/s/_____
                              MICHELLE PETERSON
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Suite 550
                              Washington, DC  20004
                              (202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 07-200 (EGS) |
| | ) | |
| DARRYL GASKINS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion to Continue  it is hereby GRANTED.  It is hereby ORDERED that the motions hearing date of October 30th, 2007, shall be converted to a status conference at which time a new trial date shall be selected.  It is FURTHER ORDERED that the trial date of October 31, 2007 is VACATED.

SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: