IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIM. NO. 07-200 (EGS) |
| | ) |
| DARYL GASKINS, | ) |
| | ) |
| Defendant. | ) |

**REPLY TO GOVERNMENT'S OPPOSITION
TO MOTION TO COMPEL DISCOVERY**

    Mr. Gaskins, through undersigned counsel, respectfully moves this Honorable Court to compel the government to disclose information relevant to the defense pursuant to Rule 16(a)(1)(E). The government misconstrues this motion as a Roviaro motion, which it is not. As a result, none of the cases cited by the government is in anyway relevant to the motion before the court. The defendant seeks not the identity of the informant, but merely the opportunity to inspect the narcotics purchased, the money used, and any paperwork documenting the alleged transaction. If there is information on that documentation that identifies the informant, the government could easily redact that information. The quantity of narcotics purchased and its packaging is relevant not only to the defense at trial, but also to the motion to suppress that the defendant has filed.

    Rule 16(a)(1)(E) requires the government to disclose objects within the government's possession, custody or control that are *either* material to preparing the defense or obtained from the defendant, without regard to whether the government intends to use the items at trial, and regardless of whether the information exculpates or inculpates the defendant. United States v.

Marshall, 132 F.3d 63 (D.C. Cir. 1998).

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        MICHELLE PETERSON
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, DC  20004
        (202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CRIM. NO. 07-200 (EGS) |
| | ) |
| **DARYL GASKINS,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Upon consideration of defendant's motion to compel, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Michelle
AUSA Jelahn Stewart