UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIM. NO. 07-200 (EGS) |
| ) | |
| DARRYL GASKINS ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO CONVERT MOTION HEARING TO A PLEA HEARING**

The defendant, Darryl Gaskins, has stated through his counsel, Shelli Peterson, Esq., to the undersigned Assistant United States Attorney that he intends to accept the government's plea offer and enter a plea of guilty in this case. A motion hearing in this case is currently scheduled for November 29, 2007 at 11:00 a.m.

WHEREFORE, the government and the defense respectfully request that the Court convert the motion hearing that is scheduled for November 29, 2007 at 11:00 a.m. to a plea hearing.

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610


By: _____/s/_____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 07-200 (EGS) |
| ) | |
| DARRYL GASKINS ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of the joint motion to convert the motion hearing scheduled for November 29, 2007 at 11:00 a.m. to a plea hearing, it is hereby

**ORDERED** that the motion is **GRANTED.**

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: