**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 07-200 (EGS)

DARRYL GASKINS
    Defendant.

**<u>ORDER</u>**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **<u>FEBRUARY 1, 2008</u>**; defendant's memorandum lf law, if any shall be filed by no later than **<u>FEBRUARY 7, 2008</u>**; the Government's memorandum of law, if any shall be filed by no later than **<u>FEBRUARY 14, 2008</u>**, a reply, if any shall be filed by no later than **<u>FEBRUARY 21, 2008</u>**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **<u>FEBRUARY 28, 2008 AT 12:30 P.M.</u>**

    IT IS SO ORDERED.

    DATE: December 6, 2007       EMMET G. SULLIVAN
                                               UNITED STATES DISTRICT JUDGE