UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA    )

        v.               )          CR. No. 2007-200 (EGS/AK)

DARRYL GASKINS,         )

         Defendant.    )

                     )
_____

## AMENDED REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable

Emmet G. Sullivan for the acceptance of a plea to Count One of the Indictment, 21 U.S.C.

§§841(a)(1), 841(b)(1)(B)(I), charging the Defendant with Possession with Intent to Distribute

Heroin.

### Hearing on Plea

The Defendant, Darryl Gaskins, came before the Court on November 30, 2007,

represented by counsel, Michelle Peterson.  The Government was represented by Assistant

United States Attorney Louis Ramos.  For the record, Defendant, Defendant's counsel and

Government counsel consented to proceed before the undersigned United States Magistrate

Judge, for the purpose of conducting the plea colloquy and accepting the plea.  The Court placed

Mr. Gaskins under oath and ascertained that he was competent to enter a plea to Count One of

the Indictment, and the Court then proceeded to explain the nature of the charge to which the

plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the

Defendant of the maximum possible penalty provided by law and ascertaining his awareness of

the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should

be considered by the sentencing court.  The Defendant acknowledged that he wished to waive his

right to a jury trial before a United States District Court Judge and that by entering a plea of

guilty which, if accepted by the District Court, he would waive his right to appeal a judgment of

guilt.  The Defendant indicated that the terms and conditions contained in the plea agreement,

which was filed and made part of the record in this case, accurately reflected the agreement

between himself, his counsel, and the United States and that no other promises, other than what

was contained in the plea agreement, had been made to him in order to secure his plea of guilty in

this case.  Defendant acknowledged that he unlawfully possessed with intent to distribute at least

400 grams but less than 700 grams of heroin.

The Court found, after advising the Defendant of his rights, Mr. Gaskins' plea of guilty to

Count One of the Indictment was voluntarily and knowingly made and that his admissions of

guilt encompassed each of the elements of the offense charged in Count One of the Indictment.

Recommendation

_____The undersigned recommends that the trial court accept Mr. Gaskins' plea of guilty based

upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr.

Gaskins, who was found to be competent and that he fully understood the nature and the

consequences of entering such a plea.  Following the entry of the plea of guilty, the Court

directed that the Defendant be continued held without bond.  Defendant was referred to the

Probation Office for a Pre-Sentencing Investigation Report.  Sentencing is set for February 28,

2008, at 12:30 p.m. before United States District Court Judge Emmet G. Sullivan.

December 12, 2007                                    _____/s/_____
                                                     ALAN KAY
                                                     UNITED STATES MAGISTRATE JUDGE

-2-