**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 07-200 (EGS)** |
| | : | |
| **DARRYL GASKINS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to continue the sentencing hearing. In support of this motion, the government states as follows:

1. A sentencing hearing in this case is currently scheduled for February 28, 2008 at 12:30 p.m.

2. The undersigned Assistant Untied States Attorney ("AUSA") is currently in trial before Judge Henry H. Kennedy, Jr. The undersigned AUSA originally anticipated that this trial would be concluded by February 28, 2008, but the parties are still in the process of selecting a jury and the undersigned AUSA now anticipates still being in trial on February 28, 2008.

3. Based on the undersigned AUSA being in trial on February 28, 2008, the government respectfully requests that the Court continue the sentencing hearing to a date that is convenient to the Court and the parties during the week of March 10, 2008, or any week thereafter.

4. Shellie Peterson, Esq., defendant's counsel, does not oppose this request for a continuance.

WHEREFORE, it is respectfully requested that this motion to continue the sentencing hearing be granted, and that the Court continue the sentencing hearing to the any day the week of March 10, 2008 that is convenient to the Court, or any week thereafter.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 451-058

/s/

By: LOUIS RAMOS
ASSISTANT U.S. ATTORNEY
DC Bar No. 472-176
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-2195
email: louis.ramos@usdoj.gog

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) CRIM. NO. 07-200 (EGS)
)
DARRYL GASKINS )
)
Defendant. )
)

**ORDER**

Upon consideration of defendant's motion to suppress physical evidence and the government's opposition, it is hereby

**ORDERED** that defendant's motion is **DENIED.**

Upon consideration of defendant's motion to suppress statements and the government's opposition, it is hereby

**ORDERED** that defendant's motion is **DENIED.**

Upon consideration of defendant's motion to compel discovery and the government's opposition, it is hereby

**ORDERED** that defendant's motion is **DENIED.**

**SO ORDERED.**

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: