02/06/2008 15:33 FAX 2025013829         FEDERAL PUBLIC DEFENDER                    ☒002

HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAR 20 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-200-01</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: |
|  | : |  |
| GASKINS, Darryl | : | Disclosure Date: <u>January 25, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____               _____
Prosecuting Attorney                                                              Date

<u>For the Defendant</u>
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Darryl A. Gaskins Sr._                                  _Michelle Peterson_   2/5/07
Defendant          Date                                    Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>February 5, 2008</u>, to U.S. Probation Officer <u>Angela Powell</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer

**Receipt and Acknowledgment**                                              Page 2

(1) Mr Gaskins asserts he has never used an alias.

(2) Mr Gaskins disputes that he should be designated a career ~~offen~~ criminal.

(3) Mr Gaskins does not recall the specific information with respect to the parole violations listed in paragraph 26, and in particular the ones listed for 8/7/95 and 10/12/02.

(4) It appears that paragraph 47 does not include all of the medication Mr Gaskins is receiving for his life threatening disease.

(5) Mr Gaskins never denied using cocaine and heroin as indicated in paragraph 50. It notes he has used, and tested positive, for both.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 2/6/08